UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE'S TRAIN HOUSE, INC.,

    Plaintiff,

Case No. 06-10375

v.

Honorable John Corbett O'Meara

KOREA BRASS CO., LTD., a/k/a KOREA
BRASS, INC.; and HAGYE TRADING
COMPANY, a/k/a MODEL KOREA
TRADING COMPANY,

    Defendants.
    _____/

## ORDER LIFTING STAY AND GRANTING IN PART PLAINTIFF'S NOVEMBER 20, 2007 MOTION FOR TEMPORARY RESTRAINING ORDER

    This matter came before the court on plaintiff Mike's Train House's November 20, 2007 Motion for Temporary Restraining Order and Preliminary Injunction and for Summary Judgment. No response was filed.

    The court previously entered a stay in this matter on May 25, 2007, until the United States Supreme Court ruled on a petition for writ of *certiorari* in a previous case involving the parties. The court has been advised that the petition was not filed; therefore, the court will lift the stay, effective immediately.

    On November 3, 2004, this court entered judgment in the amount of $27,940,925 against Korea Brass and in favor of Mike's Train House in Case No. 00-71729. The judgment is final as to Korea Brass because it did not appeal. None of this judgment has been satisfied to date.

    Plaintiff alleged that Korea Brass and/or companies allegedly affiliated with it, namely Hagye Trading and Model Korea Trading, are about to receive approximately $1 million or more from

Lionel pursuant to invoices. It is further alleged that these invoices are for projects in which the purchase orders originated in Michigan, the projects have been or are being invoiced in Michigan, and where the projects are being shipped to Lionel in Michigan.

Based on these allegations, the court hereby **ENTERS** the following temporary restraining order:

It is hereby **ORDERED** the Korea Brass, Hagye Trading, Model Trading Company, and any affiliated companies immediately communicate through their counsel, Andrew Bean, stating that if and when Lionel pays any amount to these entities, that said amounts be paid to the court in escrow.

It is further **ORDERED** that the court hold these funds in an interest bearing escrow account pending further order of the court.

It is further **ORDERED** that during the duration of this temporary restraining order Defendants and their affiliates shall not circumvent this order by changing their names, or transferring their assets, purchase orders, invoices, or ongoing projects to other entities, or by billing through other entities.

It is further **ORDERED** that the portion of the court's May 25, 2007 order regarding the stay is **DISSOLVED.**

s/John Corbett O'Meara  
United States District Judge

Date: November 20, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, November 20, 2007, by electronic and/or ordinary mail.

                                            <u>s/William Barkholz</u>
                                            Case Manager