UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE'S TRAIN HOUSE, INC.,

               Plaintiff,               Hon. John Corbett O'Meara

v.                                             Case No. 06-CV-10375

KOREA BRASS CO., LTD., also known as
KOREA BRASS, INC., and MODEL
KOREA TRADING COMPANY also
known as MKT and formerly known as
HAGYE TRADING COMPANY,

               Defendants.
_____/

## JUDGMENT

On consideration of plaintiff's motion for summary judgment, defendant's response and cross-motion for summary judgment, and plaintiff's response, pursuant to Fed. R. Civ. P. 56, judgment is hereby entered in favor of plaintiff Mike's Train House, Inc. and against defendant Model Korea Trading Company, also known as MKT, and formerly known as Hagye Trading Company, in the principal amount of $27,940,925.00, plus interest at the legal rate from November 3, 2004, which is the date of this Court's judgment against defendant Korea Brass Co., Ltd. in Case No. 00-CV-71729.

Interest shall continue to accrue on the above judgment amount at the legal rate from the date of entry of this judgment.

      SO ORDERED.

Date: April 02, 2008                                      s/John Corbett O'Meara
                                                    United States District Judge