UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE'S TRAIN HOUSE, INC.,

                Plaintiff,                      Hon. John Corbett O'Meara

v.                                                  Case No. 06-CV-10375

KOREA BRASS CO., LTD., also known as
KOREA BRASS, INC., and MODEL
KOREA TRADING COMPANY also
known as MKT and formerly known as
HAGYE TRADING COMPANY,

                Defendants.
_____/

**ORDER IMPLEMENTING JUDGMENT**

        This Court has entered judgment in favor of plaintiff and against defendants Model Korea Trading (a/k/a Hagye Trading Company, MKT and MT).

        Pursuant to its authority under F.R.Civ.P. 69(a) and MCLA §600.6104, for good cause shown, the Court now enters the following Order implementing that judgment. This Order is based upon the Court's findings of fact and conclusions of law in support of summary judgment, which are incorporated by reference herein, as well as the evidence presented in plaintiff's motion of December 18, 2007 to extend the Temporary Restraining Order (docket No. 62), which demonstrated efforts by defendants to evade the effect of the Temporary Restraining Order entered on November 20, 2007, and to circumvent these Court proceedings generally.

        1.     Defendants Model Korea Trading Company, also known as MKT, Hagye Trading Company, and Korea Brass ("defendants") are directed to immediately notify each person or entity in the United States with which they do business of the entry of the money judgment against defendants that is being entered concurrently with this Order;

        2.     Defendants are ordered to take no steps, directly or indirectly, to evade or circumvent this judgment.

3. Defendants are directed to immediately remit to plaintiff's counsel any money or property they receive from any person or entity in the United States, including, without limitation, any payment defendants receive from any person or entity in the United States with whom defendants conduct business, until the judgment is satisfied.

4. Defendants are further directed to instruct all persons or entities in the United States with whom they conduct business to remit all future payments owed to defendants, as such payments become due and owing, directly to plaintiff's counsel until the judgment is satisfied.

5. Any person having actual notice of this Order is directed to cooperate in the implementation of its terms.

6. This Order is entered without prejudice to any other or additional remedies provided by the laws of any state for garnishment or similar remedies.

7. Nothing in this Order is intended to interfere with the subject matter jurisdiction of any other United States court, or the property within the exclusive jurisdiction of such other court. Nothing in this order is intended to direct any non party to the present action to act in any way that is contrary to any applicable order or decree of any other court having jurisdiction over such non party.

s/John Corbett O'Meara
United States District Judge

Date: April 2, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 2, 2008, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager